[This opinion has been published in *Ohio Official Reports* at 87 Ohio St.3d 35.]

THE STATE EX REL. AMERICARE CORP., APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO; HARTLEY, APPELLANT.

[Cite as *State ex rel. Americare Corp. v. Indus. Comm.*, 1999-Ohio-233.]

*Workers' compensation—Court of appeals' judgment reversed and Industrial Commission's order reinstated.*

(No. 99-606—Submitted August 25, 1999—Decided October 13, 1999.)

APPEAL from the Court of Appeals for Franklin County, No. 98AP-354.

_____

*Schottenstein, Zox & Dunn Co., L.P.A.*, and *Patrick A. Devine*, for appellee.

*Barkan & Neff, L.P.A.*, and *Robert E. DeRose*, for appellant.

_____

{¶ 1} The judgment of the court of appeals is reversed, and the order of the Industrial Commission is reinstated.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

_____

**LUNDBERG STRATTON, J., dissenting.**

{¶ 2} I respectfully dissent. I would affirm the judgment of the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.

_____